ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2009 MAY 19 PM 3: 17

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MARTIN ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) CV 309-018 |
| FRED BURNETTE, Warden, and SAM ZANDERS, Captain, in their individual capacities, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED** for failure to state a claim upon which relief can be granted, and this civil action is **CLOSED**.

SO ORDERED this 19th day of May, 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE